IN THE DISTRICT COURT OF THE VIRGIN ISLANDS DIVISION OF ST. THOMAS & ST. JOHN

FRANCIS B. SERIEUX
Plantiff
vs
Mrs. Lacy H. King, A. Lake Sup.

Rec'd DCVI-ST 01 14 21 PM 10:52

Dated

Respectfully Submitted

Rec'd DCVI-ST 01 14'21 AM10:52

This is a lawsuit for 999,000,000,000,000,000,000,000,000,000,000 Nine Hundred Ninety Nine Squillion Dollars. I sent by mistake a letter I wrote to third Circuit court & Mrs. King recorded it with no paper work. The ① one② paper work or court cover sheet. That illegal she's refusing to do her job & whenever I write the judge a moti-on to ask her to do her job. He refuse to answer the motions & she's acting & getting more crazy & out of controll③. The judg is helping her & other people to violate the law & my rights. I need Mr. R. Malloy off my cases, he's refusing to call any case for me &④. He's refusing to uphold the law & bring justice to who's getting violated by criminals & law breaker I know the law & one judge⑤ isn't suppose to take more than 1 case from anyone until he finish one case. He has taken 50 cases from me illegally⑥. Can he please come off my cases cause he's throwing out my case for no reason. I'm go sue for each one everyday till I get my money.

Respectfully Submitted
Francis B. Terieux

Dated
1/11/21