## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **FRANCIS B. SERIEUX,** ) | |
| ) | |
| **Plaintiff,** ) | **Case No. 3:21-cv-0008** |
| ) | |
| **v.** ) | |
| ) | |
| **LACY H. KING AND A. LAKE SUP,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |
| ) | |

## <u>ORDER</u>

**BEFORE THE COURT** is the Magistrate Judge's Report and Recommendation dated April 15, 2021, recommending that the Plaintiff's application to proceed *in forma pauperis*, ECF No. 2, be granted, and, upon an initial screening pursuant to 28 U.S.C. § 1915(e)(2) and 28 U.S.C. § 1915A, the complaint be dismissed for lack of federal jurisdiction. (ECF No. 3.) After careful consideration and review, and there being no objection, it is hereby

**ORDERED** that the Report and Recommendation, ECF No. 3, is **APPROVED** and **ADOPTED** as an Order of this Court**;** it is further

**ORDERED** that Plaintiff's application for leave to proceed *in forma pauperis*, ECF No. 2, is **GRANTED**; it is further

**ORDERED** that the complaint is **DISMISSED** for lack of subject matter jurisdiction; and it is further

**ORDERED** that the Clerk of Court **SHALL** close this case.

**Dated:** August 31, 2023

*/s/ Robert A. Molloy*
**ROBERT A. MOLLOY**
**Chief Judge**